EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| INTEGRACIÓN DE SALAS DE VERANO | 2010 TSPR 193 <br><br> 179 DPR _____ |

Número del Caso: ES-2010-02

Fecha: 1ro de septiembre de 2010

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


INTEGRACIÓN DE SALAS DE VERANO


RESOLUCIÓN


San Juan, Puerto Rico, a 1 de septiembre de 2010.


De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se enmienda la Resolución de 18 de junio de 2010 a los efectos de ampliar la composición de la Segunda Sala de Verano que funcionará durante el receso del verano del:

Del 1ro al 30 de septiembre de 2010

Hon. Federico Hernández Denton, Presidente
Hon. Mildred G. Pabón Charneco
Hon. Erick V. Kolthoff Caraballo
Hon. Edgardo Rivera García

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante todo el receso de verano.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo